# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: REAPPOINTMENTS TO THE : NO. 180
PENNSYLVANIA INTEREST ON :
LAWYERS TRUST ACCOUNT BOARD : DISCIPLINARY RULES DOCKET
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of July, 2019, Barry M. Simpson, Esquire, Dauphin County, and Markita Morris-Louis, Esquire, Philadelphia, are hereby reappointed as members of the Pennsylvania Interest on Lawyers Trust Account Board for a term of three years, commencing September 1, 2019.